312

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* RICHARD PEASLEE, Defendant-Appellant.

(No. 71-381; )

Second District—September 7, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Matthew J. Moran, of Defender Project, of Chicago, for appellant.

William J. Scott, Attorney General, of Springfield, and William J. Cowlin, State's Attorney, of Woodstock, (Fred G. Leach and Thomas J. Immel, Assistant Attorneys General, and Thomas F. Baker, Assistant State's Attorney, of counsel,) for the People.